IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

J. B. THOMAS,

   Appellant,

 v.           Case No. 5D22-368
              LT Case No. 05-2015-MH-049530-AX

STATE OF FLORIDA,

   Appellee.

_____/

Decision filed July 26, 2022

Appeal from the Circuit Court
for Brevard County,
Christina Serrano, Judge.

J. B. Thomas, Arcadia, pro se.

Ashley Moody, Attorney General,
Tallahassee, and Douglas T. Squire,
Assistant Attorney General, Daytona
Beach, for Appellee.


PER CURIAM.


  AFFIRMED.


LAMBERT, C.J., WALLIS and TRAVER, JJ., concur.